IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICHOLAS MILAZZO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:21-cv-03260 |
| | § | |
| PRINCIPAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nicholas Milazzo and Defendant Principal Life Insurance Company, comprising all of the parties to this action, hereby inform the Court that they have reached an agreement in principle to resolve all of the matters in dispute in this case. The parties respectfully request that the Court enter an order staying any deadlines in this case and giving the parties 30 days to file the dismissal papers.

Respectfully submitted,

By:   /s/ Britney McDonald
Britney McDonald
State Bar No. 24083158
Fed. I.D. No. 2621983
britney@marcwhitehead.com
Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
marc@marcwhitehead.com

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.
403 Heights Boulevard
Houston, Texas 77007
(713) 228-8888
(855) 842-2860 (telecopy)

ATTORNEYS FOR PLAINTIFF
NICHOLAS MILAZZO

By: /s/ Andrew C. Whitaker
Andrew C. Whitaker
State Bar No. 21273600
andrew.whitaker@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEY FOR DEFENDANT
PRINCIPAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that, on March 10, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Ms. Britney McDonald and Mr. Marc Whitehead, Marc Whitehead & Associates, L.L.P., 403 Heights Boulevard, Houston, Texas 77007.

/s/ Andrew C. Whitaker
Andrew C. Whitaker