Case 4:21-cv-03260   Document 19   Filed on 03/22/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NICHOLAS MILAZZO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:21-cv-03260 |
| | § | |
| PRINCIPAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Stipulation of Dismissal with Prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Plaintiff Nicholas Milazzo ("Milazzo") against Defendant Principal Life Insurance Company ("Principal Life"), or by Principal Life against Milazzo, are DISMISSED WITH PREJUDICE; it is further

ORDERED that Milazzo's long-term disability coverage under the employee welfare benefit plan of Thompson & Reilley, P.C., which was funded (in whole or in part) through Group Long Term Disability Insurance Policy No. GLT 1074742, which was issued by Principal Life, is CANCELLED and no longer of any force or effect; and it is further

ORDERED that all attorney's fees and court costs are taxed against the party incurring them.

SO ORDERED.

SIGNED this <u>  22nd  </u>day of <u>      March          </u>, 2022.

*Lee H. Rosenthal*

UNITED STATES DISTRICT JUDGE

AGREED:

By:   /s/ Britney McDonald
       Britney McDonald
       State Bar No. 24083158
       Fed. I.D. No. 2621983
       britney@marcwhitehead.com
       Marc S. Whitehead
       Tex. Bar No. 00785238
       Fed. I.D. No. 15465
       marc@marcwhitehead.com

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.
403 Heights Boulevard
Houston, Texas 77007
(713) 228-8888
(855) 842-2860 (telecopy)

ATTORNEYS FOR PLAINTIFF
NICHOLAS MILAZZO

By:   /s/ Andrew C. Whitaker
       Andrew C. Whitaker
       State Bar No. 21273600
       andrew.whitaker@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEY FOR DEFENDANT
PRINCIPAL LIFE INSURANCE COMPANY

**AGREED ORDER OF DISMISSAL WITH PREJUDICE** – Page 2